Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Nicholas M. Sciulli** : | Case No. 14–21006–GLT |
| **Terry E. Sciulli** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| MIDFIRST BANK : | |
| *Movant,* : | Related to Claim No. 7 |
| : | |
| v. : | |
| Nicholas M. Sciulli : | |
| Terry E. Sciulli : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

**ORDER**

    **AND NOW**, this **2nd day of June, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *MIDFIRST BANK* at Claim No. 7 in the above–captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas M. Sciulli
Terry E. Sciulli
    Debtors

Case No. 14-21006-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Jun 02, 2017
                Form ID: 237    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
```
db/jdb         +Nicholas M. Sciulli,    Terry E. Sciulli,    1012 Avacoll Drive,    Pittsburgh, PA 15220-3204
               +Aldridge Pite, LLP,    Attn Jamie D. Hanawalt,    4375 Jutland Dr. Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
13937674       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski     on behalf of Joint Debtor Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Debtor Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
     TOTAL: 13