IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Nicholas M. Sciulli            )
Terry E. Sciulli               )    Case No.: 14-21006GLT
                               )    Chapter 13
    Debtor(s)                  )
_____)    Related to Doc. 66
Ronda J. Winnecour, Chapter 13 )    Related to Claim No.6
Trustee,                       )
    Movant,                    )
      Vs.                      )
LVNV Funding, LLC its successors and )
Assigns as assignee of Springleaf    )
Financial Services of Indiana, Inc.  )
    Respondent(s)              )

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. _6_

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on January 30, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than March 4, 2019.

3-6-2019                          /s/ Ronda J. Winnecour
                                  Ronda J. Winnecour
                                  Chapter 13 Trustee PA I.D.#30399
                                  U.S. Steel Tower- Suite 3250
                                  600 Grant Street
                                  Pittsburgh PA  15219
                                  cmecf@chapter13trusteewdpa.com