IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Nicholas M. Sciulli                        )
Terry E. Sciulli                           )        Case No.: 14-21006GLT
                                           )        Chapter 13
        Debtor(s)                          )
_____)        Related to Doc: 75
Ronda J. Winnecour, Chapter 13             )        Related to Claim No.6
Trustee,                                   )
          Movant,                          )
              Vs.                          )
LVNV Funding, LLC its successors and )
Assigns as assignee of Springleaf          )        Hrg 3-13-19
Financial Services of Indiana, Inc.        )        @ 9:30 am
                                           )
          Respondent(s)                    )

### CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Order on the parties at the addresses specified below on **March 8, 2019.**

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Nicholas M. Sciulli
Terry E. Sciulli
1012 Avacoll Drive
Pittsburgh, PA 15220

Jeffrey Golembiewski Esq.
254 Miller Farm Rd
Uniontown, PA 15401

Jeffrey Golembiewski Esq.
225 South Maple Ave. STE A
Greensburg, PA 15601

LVNV Funding, LLC assignee
c/o Resurgent Capital Svcs.
Attn: Susan Gaines; Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Svcs.
55 Beattie Place Suite #110 MS501
Greenville, SC 29601


Springleaf Financial Svcs. Of Indiana
11321 Broadway
Crown Point, IN 46307


Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


**BY:**   /s/ Leslie Carilli_____
        Administrative Assistant
        Office of the Chapter 13 Trustee
        Suite 3250, U.S. Steel Tower
        600 Grant Street
        Pittsburgh, PA  15219
        412-471-5566
        cmecf@chapter13trusteewdpa.com