## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-21006-GLT |
| | : | |
| NICHOLAS M. SCIULLI | : | Chapter 13 |
| TERRY E. SCIULLI | : | |
| Debtors, | : | Document No. 76 |
| | : | |
| NICHOLAS M. SCIULLI, | : | |
| TERRY E. SCIULLI | : | |
| Movants, | : | |
| vs. | : | |
| | : | |
| NO RESPONDENTS | : | |
| | : | |

### CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The referenced Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever of the two following statements applies:

   The Debtors are not required to pay any Domestic Support in a bankruptcy case

Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) does not render the Debtor ineligible for a discharge.

4. On June 11, 2014 at Docket No.29 and 30 the Debtors complied with the Federal Rule of Bankruptcy Procedure 1007(e) by filing a *Certification of Post-Petition Instructional Course* in *Personal Financial Management* with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by undersigned counsel duly questioned Debtor about the Statements in this Certification and verified the Answers in support of the Certification.

EXECUTED ON: March 8, 2019         /s/Jeffrey S. Golembiewski
                                   Jeffrey S. Golembiewski, Esquire
                                   PA I.D. #64373
                                   254 Miller Farm Road
                                   Uniontown, PA 15401-0419

Ph: (724) 322-4893