## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-21006-GLT |
| | : | |
| | : | CHAPTER 13 |
| | : | |
| NICHOLAS M. SCIULLI | : | |
| TERRY E. SCIULLI | : | |
| Debtors | :, | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RONDA J. WINNECOUR, Chapter 13 | : | Docket No. |
| Trustee,    . | : | Related to Docket Nos. |
| Movant s: | | |
| vs. | : | Hearing Date and Time: |
| | : | Thursday, March 13, 2019 at 11:30 A.M. |
| NICHOLAS M. SCIULLI | : | |
| TERRY E. SCIULLI | : | |
| Respondents | : | ": |

### RESPONSE TO MOTION FOR STATUS CONFERENCE

1. Admitted.

2. Admitted.

3. Admitted in part. While that may have been true on the date of filing, Debtors have filed a Notarized Affidavit Showing payment.

4. Denied. The Certificate of Discharge Eligibility is filed at Docket No. 77.

5. Admitted.

6. Admitted.

7. Admitted in part. By way of further Answer, Attorney Golembiewski has been experiencing a myriad of personal, medical, and financial difficulties that have hindered his ability to maintain his practice. Consequently, he is in the process of transferring his cases to other counsel.

8. Respondents aver that no response is required to the averment contained in Movant's paragraph 8.

   **WHEREFORE**, Counsel for the Debtor so reports.

Date: March 8, 2019

Respectfully submitted,

/s/ Jeffrey S. Golembiewski
Jeffrey S. Golembiewski, Esquire

PA I.D. #64373
254 Miller Farm Road
Uniontown PA 15401
Ph: (724) 322-4893