FILED
3/14/19 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 14-21006-GLT |
| : | Chapter 13 |
| NICHOLAS M. SCIULLI and : | |
| TERRY E. SCIULLI, : | |
| : | Related to Dkt. No. 69 |
| *Debtors*. : | |

## ORDER

This matter came before the Court as one of several cases set for a status conference on March 13, 2019. Each of these cases involved debtors represented by Attorney Jeffrey Golembiewski. At the March 13, 2019 hearing, the Court learned that Attorney Golembiewski would not be continuing as counsel in this matter. Given the change in circumstances, the Court has determined that the debtors formerly represented by Attorney Golembiewski should be afforded an opportunity to retain substitute counsel without prejudice to their bankruptcy case. Attorney Justin Schantz indicated that he has been in the process of offering his representation to the affected debtors on the same terms agreed to with Attorney Golembiewski. In order to afford Attorney Schantz, the chapter 13 trustee, and the United States trustee time to complete that process, and to allow time for the debtors to make any determination about how they wish to proceed with their respective cases (whether with Attorney Schantz as their legal counsel or through another attorney), the Court issues the present Order.

Based on the foregoing, and for the reasons stated on the record at the March 13, 2019 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. On or before **April 10, 2019**, the Debtor(s) in the above-captioned matter shall file any motion to substitute counsel in place of Attorney Golembiewski in their chapter 13

case. Substitute counsel shall also file a Rule 2016 statement and declare the terms of any prospective fee arrangements (where necessary).

        2.      In the event that no motion to substitute counsel is received on or before **April 10, 2019**, Attorney Golembiewski or Attorney Schantz shall file a status report with the Court.

        3.      If no motion to substitute counsel is timely received, a status conference shall be scheduled for **April 24, 2019** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The Debtor(s) in the above-captioned matter shall **personally appear** and indicate to the Court who they will retain to represent them on a going-forward basis. For the sake of clarity, the Debtors are **not** required to appear **if** substitute legal counsel has been engaged to represent them in their bankruptcy case. In such instance, the substitute legal counsel shall appear and explain why a motion to substitute was not filed.

        4.      In the event that any other issues arise relating to the withdrawal of Attorney Golembiewski as counsel for the debtor in the above-captioned matter, such issues shall be heard at a status conference scheduled for **April 24, 2019** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. If no such issues are raised with the Court, no such status conference shall be held.

        5.      On or before **March 27, 2019**, Attorney Golembiewski or Attorney Schantz shall submit individual status reports to the Court detailing the posture of the following cases: Stephen N. Shepherd and Patricia A. Shepherd (Case No. 15-22080); Leonard C. Bujanowski and Tammy D. Bujanowski (Case No. 16-24250); Raven W. Anderson and Jessica H. Anderson (Case No. 14-21005); and James R. Sisley and Sharon A. Sisley (Case No. 14-21011).

Dated: March 14, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Justin Schantz, Esq.
Ronda J. Winnecour, Esq.
Norma Hildenbrand, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas M. Sciulli
Terry E. Sciulli
    Debtors

Case No. 14-21006-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Mar 15, 2019
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
db/jdb       +Nicholas M. Sciulli,   Terry E. Sciulli,   1012 Avacoll Drive,   Pittsburgh, PA 15220-3204
              +Justin P Schantz,   Law Care,   324 S. Maple Avenue,   2nd Floor,   Greensburg, PA 15601-3219
              +Norma Hildenbrand,   1001 Liberty Avenue,   Liberty Center Suite 970,
        Pittsburgh, PA 15222-3714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
            James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
            cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
            cnoroski@grblaw.com
            Jeffrey S. Golembiewski    on behalf of Joint Debtor Terry E. Sciulli jgolembiewski@yahoo.com,
            denisegole@yahoo.com
            Jeffrey S. Golembiewski    on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
            denisegole@yahoo.com
            Jeffrey S. Golembiewski    on behalf of Debtor Nicholas M. Sciulli jgolembiewski@yahoo.com,
            denisegole@yahoo.com
            Jeffrey S. Golembiewski    on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
            denisegole@yahoo.com
            Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
            tami@javardianlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 13