Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nicholas M. Sciulli** | : | Case No. 14−21006−GLT |
| **Terry E. Sciulli** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 84 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/5/19 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of March, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before May 10, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *June 5, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas M. Sciulli
Terry E. Sciulli
    Debtors

Case No. 14-21006-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 2     Date Rcvd: Mar 26, 2019
                  Form ID: 604    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
```
db/jdb         +Nicholas M. Sciulli,    Terry E. Sciulli,    1012 Avacoll Drive,    Pittsburgh, PA 15220-3204
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13814203       +Allegheny General Hospital,    P.O. Box 644662,    Pittsburgh, PA 15264-4662
13814204       +Alpha In Dentistry,    528 Washington Road,    Pittsburgh, PA 15228-2817
13814205        Borough of Greentree,    10 West Manilla Avenue,    Pittsburgh, PA 15220-3310
13853182       +Borough of Greentree/Keystone Oaks SD,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13814207       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13814209       +Dollar Bank VISA,    2700 Liberty Avenue,    Pittsburgh, PA 15222-4700
13814212      ++FROST ARNETT,    BANKRUPTCY DEPARTMENT,    PO BOX 198988,    NASHVILLE TN 37219-8988
                (address filed with court: FAC/NAB,    Attn: ABK Unit,    P.O. Box 198988,    Nashville, TN 37219)
13814213       +G.E.Capital Consumer Card Company,     P.O. Box 6150,    Rapid City, SD 57709-6150
13814216       +Mattleman, Weinroth & Miller, P.C.,     401 Route 70 East, Suite 100,
                 Cherry Hill, NJ 08034-2410
13937674       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13814219       +Midland Mortgage Company/Midfirst Bank,     Attention: Bankruptcy,    P.O. Box 26648,
                 Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13853598        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:47
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13818802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:03
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13814206       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:09:20
                 Capital One Bank, N.A.,    Attn: Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13814208       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 27 2019 03:06:38    Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13814210        E-mail/Text: bknotice@ercbpo.com Mar 27 2019 03:06:41     Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13814212        E-mail/Text: bankruptcy@frost-arnett.com Mar 27 2019 03:05:34    FAC/NAB,    Attn: ABK Unit,
                 P.O. Box 198988,    Nashville, TN 37219
13814214        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:44    GE Money Bank,    PO Box 981064,
                 El Paso, TX 79998-1064
13814215       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:44    GECCCC,    P.O. Box 6150,
                 Rapid City, SD 57709-6150
13830301       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:23    Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
13885818        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 03:08:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13814217       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 03:06:29    Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13814220       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 27 2019 03:08:41    Regional Acceptance Corporation,
                 4770 Duke Drive, Suite 203,    Mason, OH 45040-9010
13826594        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 27 2019 03:08:41    Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13814221       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:30
                 Verizon,    Verizon Wireless Department/Attn: BK,    P.O. Box 3397,    Bloomington, IL 61702-3397
13814222       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:31
                 Verizon Pennsylvania,    Attention Bankruptcy,    P.O. Box 3397,    Bloomington, IL 61702-3397
13814223       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 27 2019 03:07:04    Web Bank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Greentree
cr              Green Tree Servicing, LLC
cr              Keystone Oaks School District
cr              MIDFIRST BANK
cr              National Bear Hill Trust
13814211*      +Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13814218*      +Midland Funding,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
                                                                                TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel                 Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 604               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Debtor Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```