**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NICHOLAS M. SCIULLI
TERRY E. SCIULLI
   Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
   Movant
  vs.
No Respondents.

Case No.:14-21006

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/18/2014 and confirmed on 6/10/14 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,821.00 |
| Less Refunds to Debtor | 6,319.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,501.16 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,531.00 | |
|   Trustee Fee | 3,896.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,427.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GE CAPITAL CONSUMER CARD CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2088 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 50,843.06 | 0.00 | 50,843.06 |
|     Acct: 5858 | | | | |
|   MIDFIRST BANK SSB* | 554.94 | 554.94 | 0.00 | 554.94 |
|     Acct: 5858 | | | | |
|   REGIONAL ACCEPTANCE CORP | 2,398.29 | 2,398.29 | 547.79 | 2,946.08 |
|     Acct: 8826 | | | | |
|   NATIONAL BEAR HILL TRUST | 14,477.81 | 14,477.81 | 5,524.51 | 20,002.32 |
|     Acct: 2088 | | | | |
|   NATIONAL BEAR HILL TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2088 | | | | |
| | | | | 74,346.40 |
| **Priority** | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS M. SCIULLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS M. SCIULLI | 6,319.84 | 6,319.84 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 2,531.00 | 2,531.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEYSTONE OAKS SD & GREENTREE BOI | 4,310.59 | 4,310.59 | 0.00 | 4,310.59 |
|     Acct: 0326 | | | | |
| | | | | 4,310.59 |
| **Unsecured** | | | | |
|   GREEN TREE BOROUGH (WATER) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX3001 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX1477 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX1YR | | | | |
|   DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXXXXXXX2000 | | | | |
|   FAC/NAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1512 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8042 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDL | 1,385.73 | 1,385.73 | 0.00 | 1,385.73 |
| Acct: 3134 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX2212 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,072.93 | 1,072.93 | 0.00 | 1,072.93 |
| Acct: 0001 | | | | |
|   VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1742 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX7161 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8915 | | | | |
|   REGIONAL ACCEPTANCE CORP | 1,958.43 | 1,958.43 | 0.00 | 1,958.43 |
| Acct: 8826 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,417.09 |

TOTAL PAID TO CREDITORS                                                                                   83,074.08

TOTAL
CLAIMED         4,310.59
PRIORITY       17,431.04
SECURED         4,417.09

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    NICHOLAS M. SCIULLI
    TERRY E. SCIULLI
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-21006

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                      BY THE COURT:

                      _____
                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                               Case No. 14-21006-GLT
Nicholas M. Sciulli                                                  Chapter 13
Terry E. Sciulli
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel                Page 1 of 2                 Date Rcvd: Mar 26, 2019
                              Form ID: pdf900           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb         +Nicholas M. Sciulli,   Terry E. Sciulli,   1012 Avacoll Drive,   Pittsburgh, PA 15220-3204
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
13814203       +Allegheny General Hospital,    P.O. Box 644662,   Pittsburgh, PA 15264-4662
13814204       +Alpha In Dentistry,   528 Washington Road,   Pittsburgh, PA 15228-2817
13814205        Borough of Greentree,   10 West Manilla Avenue,   Pittsburgh, PA 15220-3310
13853182       +Borough of Greentree/Keystone Oaks SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13814207       +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
13814209       +Dollar Bank VISA,   2700 Liberty Avenue,   Pittsburgh, PA 15222-4700
13814212      ++FROST ARNETT,   BANKRUPTCY DEPARTMENT,   PO BOX 198988,   NASHVILLE TN 37219-8988
               (address filed with court: FAC/NAB,   Attn: ABK Unit,   P.O. Box 198988,   Nashville, TN 37219)
13814213       +G.E.Capital Consumer Card Company,   P.O. Box 6150,   Rapid City, SD 57709-6150
13814216       +Mattleman, Weinroth & Miller, P.C.,   401 Route 70 East, Suite 100,
                 Cherry Hill, NJ 08034-2410
13937674       +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13814219       +Midland Mortgage Company/Midfirst Bank,   Attention: Bankruptcy,   P.O. Box 26648,
                 Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13853598        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:46
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13818802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:08:03
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13814206       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 03:08:34
                 Capital One Bank, N.A.,   Attn: Bankruptcy Department,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13814208       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 27 2019 03:06:39     Collection Service Center,
                 839 5th Avenue,   New Kensington, PA 15068-6303
13814210        E-mail/Text: bknotice@ercbpo.com Mar 27 2019 03:06:42     Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
13814212        E-mail/Text: bankruptcy@frost-arnett.com Mar 27 2019 03:05:34     FAC/NAB,   Attn: ABK Unit,
                 P.O. Box 198988,   Nashville, TN 37219
13814214        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:45     GE Money Bank,   PO Box 981064,
                 El Paso, TX 79998-1064
13814215       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:46     GECCCC,   P.O. Box 6150,
                 Rapid City, SD 57709-6150
13830301       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:46     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,   Tempe, AZ 85283-4573
13885818        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 03:08:45
                 LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13814217       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 03:06:30     Midland Funding,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13814220       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 27 2019 03:08:41     Regional Acceptance Corporation,
                 4770 Duke Drive, Suite 203,   Mason, OH 45040-9010
13826594        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 27 2019 03:08:41     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13814221       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:32
                 Verizon,   Verizon Wireless Department/Attn: BK,   P.O. Box 3397,   Bloomington, IL 61702-3397
13814222       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2019 03:05:32
                 Verizon Pennsylvania,   Attention Bankruptcy,   P.O. Box 3397,   Bloomington, IL 61702-3397
13814223       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 27 2019 03:07:04     Web Bank/Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Greentree
cr              Green Tree Servicing, LLC
cr              Keystone Oaks School District
cr              MIDFIRST BANK
cr              National Bear Hill Trust
13814211*      +Enhanced Recovery Company, LLC,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
13814218*      +Midland Funding,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
                                                                                            TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: pdf900         Total Noticed: 28
```

　　　　　***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey S. Golembiewski    on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Joint Debtor Terry E. Sciulli jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Debtor Nicholas M. Sciulli jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
           tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```