UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas M. Sciulli and Terry E. Sciulli,<br><br>                Debtors,<br><br>Nicholas M. Sciulli and Terry E. Sciulli,<br><br>                Movants,<br>  V.<br><br>Duquesne Light company, Allegheny General Hospital, Alpha In Dentistry, American Infosource LP, Borough of Greentree, Capital One Bank N.A., Chase Bank, collection Service Center, Dollar Bank, Enhanced Recovery Company LLC, Frost Arnett, G.E. Capital Consumer Discount Company, GE Money Bank, GECCCC, Green Tree Servicing LLC, LVNV Funding LLC, Mattleman Weinroth & Miller P.C., MidFirst Bank, Midland Funding, Midland Mortgage Company, Regional Acceptance Corporation, Web Bank, Office of the United States Trustee, Ronda J. Winnecour Chapter 13 Trustee,<br>                Respondents, | Case No. 14-21006-GLT<br>Chapter 13<br>Docket Document No. 90<br>Related to Docket Document No. 89 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO SUBSTITUTE COUNSEL**

TO THE RESPONDENT(S):

    You are hereby notified that the above Debtors/Movants seek an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion **no later than May 2, 2019, 17 days after the date of service,** in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    **You should take this to your lawyer at once**.

    A hearing will be held on  **June 5, 2019 at 10:30 AM before Judge Gregory L/. Taddonio in Court Room  _A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the ca1endar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Executed on:**  April 12, 2018
                By: /s/ Justin P. Schantz
                Justin P. Schantz, Esq.
                PA I.D. No. 210198
                David A. Colecchia and Associates
                324 South Maple Avenue
                Greensburg, PA 15601
                (724)-827-2320
                Fax: (724)-827-0602
                jschantz@my-lawyers.us