UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nicholas M. Sciulli and Terry E. Sciulli,<br>　　　　　　　Debtors,<br><br>Nicholas M. Sciulli and Terry E. Sciulli,<br>　　　　　　　Movants,<br>　　　V.<br><br>Duquesne Light company, Allegheny General Hospital, Alpha In Dentistry, American Infosource LP, Borough of Greentree, Capital One Bank N.A., Chase Bank, collection Service Center, Dollar Bank, Enhanced Recovery Company LLC, Frost Arnett, G.E. Capital Consumer Discount Company, GE Money Bank, GECCCC, Green Tree Servicing LLC, LVNV Funding LLC, Mattleman Weinroth & Miller P.C., MidFirst Bank, Midland Funding, Midland Mortgage Company, Regional Acceptance Corporation, Web Bank, Office of the United States Trustee, Ronda J. Winnecour Chapter 13 Trustee,<br>　　　　　　　Respondents, | Case No. 14-21006-GLT<br>Chapter 13<br>Docket Document No. 94<br>Related to Docket Document No. 93 |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 15th day of April, 2019 I served a copy of the correctly timed Hearing Notice with Response Deadline with all the other documents listed in that filing  by the following methods to the following people:

**The correct time Hearing Notice was a part of the April 15, 2019 first class mailing sent to the following persons/entities**

Nicholas M. Sciulli, Terry E. Sciulli, 1012 Avacoll Drive, Pittsburgh, PA 15220-3204

Allegheny General Hospital, P.O. Box 644662, Pittsburgh, PA 15264-4662

Alpha In Dentistry, 528 Washington Road, Pittsburgh, PA 15228-2817

Dollar Bank VISA, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700

FAC/NAB, Attn: ABK Unit, P.O. Box 198988, Nashville, TN 37219-8988

G.E. Capital Consumer Card Company, P.O. Box 6150, Rapid City, SD 57709-6150

Mattleman, Weinroth & Miller, P.C., 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410

Midland Mortgage Company/MidFirst Bank, Attention: Bankruptcy, P.O. Box 26648, Oklahoma City, OK 73126-0648 13814222

Web Bank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820

American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838

Chase Bank, PO Box 15298, Wilmington, DE 19850-5298

Frost Arnett, Bankruptcy Department, PO Box 198988 Nashville, TN 37219-8988

G.E. Capital Consumer Card Company, P.O. Box 6150, Rapid City, SD 57709-6150

GE Money Bank, PO Box 981064, El Paso, TX 79998-1064

LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Midland Funding, 8875 Sero Drive, Suite 200, Sand Diego, CA 92123-2255

Midland Mortgage company, ATTN:  Bankruptcy, P.O. Box 26648, Oklahoma City, OK 73126-0648

**Notice by ECF system electronic transmission was sent to the following parties.**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter J. Ashcroft on behalf of Creditor Green Tree Servicing, LLC
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Jeffrey S. Golembiewski on behalf of Debtor Nicholas M. Sciulli
jgolembiewski@yahoo.com, denisegole@yahoo.com

Jeffrey S. Golembiewski on behalf of Joint Debtor Terry E. Sciulli
jgolembiewski@yahoo.com, denisegole@yahoo.com

Andrew F Gornall on behalf of Creditor MIDFIRST BANK
andygornall@latouflawfirm.com

Jeffrey R. Hunt on behalf of Creditor Borough of Greentree

jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Keystone Oaks School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mary F. Kennedy on behalf of Creditor National Bear Hill Trust
mary@javardianlaw.com, tami@javardianlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Nicholas M. Sciulli
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Terry E. Sciulli
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

James Warmbrodt on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Notice by separate electronic transmission was sent to the following persons/entities.**

bankruptcy@firstenergycorp.com Collection Service Center, 839 5th Avenue, New Kensington, PA 15068-6303

bknotice@erccollections.com Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412

RACBANKRUPTCY@BBANDT.COM Mar 20 2014 02:11:25 Regional Acceptance Corporation, 4770 Duke Drive, Suite 203, Mason, OH 45040-9010

**Executed on:**   April 16, 2018          By: /s/Justin P. Schantz
                                           Justin P. Schantz, Esq.
                                           David A. Colecchia and Associates
                                           324 S. Maple Ave. Greensburg, PA 15601
                                           724-837-2320
                                           PA ID 210198
                                           jschantz@my-lawyers.us