FILED
4/17/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nicholas M. Sciulli and Terry E. Sciulli,<br><br>               Debtors,<br><br>Nicholas M. Sciulli and Terry E. Sciulli,<br><br>               Movants,<br>     V.<br>Duquesne Light company, Allegheny General Hospital, Alpha In Dentistry, American Infosource LP, Borough of Greentree, Capital One Bank N.A., Chase Bank, collection Service Center, Dollar Bank, Enhanced Recovery Company LLC, Frost Arnett, G.E. Capital Consumer Discount Company, GE Money Bank, GECCCC, Green Tree Servicing LLC, LVNV Funding LLC, Mattleman Weinroth & Miller P.C., MidFirst Bank, Midland Funding, Midland Mortgage Company, Regional Acceptance Corporation, Web Bank, Office of the United States Trustee, Ronda J. Winnecour Chapter 13 Trustee,<br><br>               Respondents, | Case No. 14-21006-GLT<br>Chapter 13<br>Docket Document No.<br>Related to Docket Document No. 89 |

ORDER OF COURT

AND NOW, this ___17th___ day of ___April___, 2019, upon consideration of Debtors' Motion to Substitute Counsel, it is hereby ORDERED that Debtor's Motion is GRANTED.  The firm of David A Colecchia and Associates, and specifically attorney Justin P. Schantz, are hereby substituted as the attorneys for the Debtors in their Chapter 13 Case.  It is further ORDERED that substitute counsel is entitled to all remaining "no-look" fees not previously distributed to former counsel from the date of this Order forward.

         Prepared by: Justin P. Schantz, Esq.

Dated: 4/17/19

cm: Justin Schantz, Esq.

BY THE COURT:

_____
Gregory␣␣Taddonio, Judge
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 14-21006-GLT
Nicholas M. Sciulli                                                          Chapter 13
Terry E. Sciulli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1              Date Rcvd: Apr 17, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
db/jdb        +Nicholas M. Sciulli,    Terry E. Sciulli,    1012 Avacoll Drive,    Pittsburgh, PA 15220-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski     on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Debtor Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski     on behalf of Joint Debtor Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Justin P. Schantz    on behalf of Joint Debtor Terry E. Sciulli jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Justin P. Schantz    on behalf of Debtor Nicholas M. Sciulli jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 15