**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/28/19 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  NICHOLAS M. SCIULLI
  TERRY E. SCIULLI
          Debtor(s)

  Ronda J. Winnecour
          Movant
      vs.
  No Repondents.

Case No.:14-21006

Chapter 13

Document No.:  84

ORDER OF COURT

AND NOW, this ___28th___ day of __May_____, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Dated: 5/28/19
cm: Ronda Winnecour, Esq.

U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 14-21006-GLT
Nicholas M. Sciulli                                                     Chapter 13
Terry E. Sciulli
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: lfin                   Page 1 of 2                   Date Rcvd: May 28, 2019
                               Form ID: pdf900              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Nicholas M. Sciulli,    Terry E. Sciulli,    1012 Avacoll Drive,    Pittsburgh, PA 15220-3204
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
13814203       +Allegheny General Hospital,    P.O. Box 644662,    Pittsburgh, PA 15264-4662
13814204       +Alpha In Dentistry,    528 Washington Road,    Pittsburgh, PA 15228-2817
13814205        Borough of Greentree,    10 West Manilla Avenue,    Pittsburgh, PA 15220-3310
13853182       +Borough of Greentree/Keystone Oaks SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13814207       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13814209       +Dollar Bank VISA,    2700 Liberty Avenue,    Pittsburgh, PA 15222-4700
13814213       +G.E.Capital Consumer Card Company,    P.O. Box 6150,    Rapid City, SD 57709-6150
13814216       +Mattleman, Weinroth & Miller, P.C.,    401 Route 70 East, Suite 100,
                 Cherry Hill, NJ 08034-2410
13937674       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13814219       +Midland Mortgage Company/Midfirst Bank,    Attention: Bankruptcy,    P.O. Box 26648,
                 Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13853598        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 03:48:58
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13818802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 03:44:57
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13814206       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:46:20
                 Capital One Bank, N.A.,    Attn: Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13814208       +E-mail/Text: bankruptcy@firstenergycorp.com May 29 2019 03:37:30     Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
13814210        E-mail/Text: bknotice@ercbpo.com May 29 2019 03:37:33     Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13814212        E-mail/Text: bankruptcy@frost-arnett.com May 29 2019 03:35:57     FAC/NAB,    Attn: ABK Unit,
                 P.O. Box 198988,    Nashville, TN 37219
13814214        E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:11:36     GE Money Bank,    PO Box 981064,
                 El Paso, TX 79998-1064
13814215       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 04:01:13     GECCCC,    P.O. Box 6150,
                 Rapid City, SD 57709-6150
13830301       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:11:23     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
13885818        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:44:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13814217       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18     Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13814220       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26     Regional Acceptance Corporation,
                 4770 Duke Drive, Suite 203,    Mason, OH 45040-9010
13826594        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13814221       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2019 03:35:51
                 Verizon,    Verizon Wireless Department/Attn: BK,    P.O. Box 3397,    Bloomington, IL 61702-3397
13814222       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2019 03:35:52
                 Verizon Pennsylvania,    Attention Bankruptcy,    P.O. Box 3397,    Bloomington, IL 61702-3397
13814223       +E-mail/Text: bnc-bluestem@quantum3group.com May 29 2019 03:38:03     Web Bank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Greentree
cr              Green Tree Servicing, LLC
cr              Keystone Oaks School District
cr              MIDFIRST BANK
cr              National Bear Hill Trust
13814211*      +Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13814218*      +Midland Funding,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                       TOTALS: 5, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: May 28, 2019
                              Form ID: pdf900         Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Greentree jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Keystone Oaks School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Nicholas M. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Terry E. Sciulli jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Justin P. Schantz    on behalf of Debtor Nicholas M. Sciulli jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Justin P. Schantz    on behalf of Joint Debtor Terry E. Sciulli jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Mary F. Kennedy    on behalf of Creditor    National Bear Hill Trust mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 13
```